UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTUMN BOATNER,<br><br>                Plaintiff,<br><br>v.<br><br>SSPS, LLC d/b/a Sportzino, et al.,<br><br>                Defendant(s). | 25-CV-3251 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court held an initial conference in this matter on June 17, 2025. For the reasons stated at the conference, it is hereby ORDERED that:

- The Operator Defendants' Motion to Compel Arbitration is due **June 30, 2025**.
- Plaintiff's Response is due **July 28, 2025**.
- The Operator Defendants' Reply is due **August 11, 2025**.

The parties shall meet and confer regarding the Operator Defendants' anticipated request for a stay of discovery pending resolution of the Arbitration Motion. Should the parties fail to reach agreement, Defendants shall file their letter-motion, not to exceed four pages, by **June 30, 2025**. Plaintiff shall file a letter response, not to exceed four pages, by **July 14, 2025**.

The parties shall file the previously ordered joint letter (*see* ECF No. 15) no later than **June 19, 2025**. In the letter, the parties should clarify their respective positions on when limited discovery should open and when a Case Management Plan should be submitted by the parties. SO ORDERED.

Dated: June 17, 2025
       New York, New York

                                                   DALE E. HO
                                         United States District Judge