**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTUMN BOATNER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>SSPS LLC d/b/a SPORTZINO, SCPS LLC d/b/a ZULA CASINO, SOCIAL GAMING LLC d/b/a FORTUNE COINS, BLAZESOFT LTD. and BLAZEGAMES, INC.,<br><br>                Defendants. | Civil Action No. 1:25-CV-03251-DEH<br><br><br>**<u>ORAL ARGUMENT REQUESTED</u>**<br><br>**NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY ACTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants Blazesoft Ltd., Blazegames, Inc., SSPS LLC, SCPS LLC, and Social Gaming LLC's ("<u>Defendants</u>") Motion to Compel Arbitration and Stay This Action Pending Resolution of Arbitration, the Declaration of Yuliy German, the Declaration of Geoff Hall, and the Declaration of Gavin J. Rooney,  Defendants, by and through their undersigned attorneys, will move before the Honorable Dale E. Ho, U.S.D.J. in the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse 40 Foley Square, Courtroom 905, New York, NY 10007, on a date and time to be determined by the Court, for entry of an Order granting Defendants' Motion to Compel Arbitration and Stay this Action Pending Resolution of Arbitration pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958, as codified in Chapter Two of the Federal Arbitration Act, 9 U.S.C. §§ 201, 203.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's June 17, 2025 Order (ECF No. 43), any opposition must be filed by July 28, 2025, unless otherwise ordered or stipulated after service of this Motion.

**PLEASE TAKE FURTHER NOTICE** that, any reply papers must be filed by August 11, 2025, unless otherwise ordered or stipulated after service of Plaintiffs' opposition.


Respectfully submitted,


Dated:  June 30, 2025                    /s/ *Gavin J. Rooney*
                                          Gavin J. Rooney